FRANCIS G. HALL, Appellant, *v.* WILLIAM ERWIN, Respondent.

(Argued October 2, 1873 ; decided January term, 1874.)

IN this case, the judgment of the trial court was for plaintiff. The General Term reversed the judgment, and directed final judgment for defendant. *Held,* that the case was not one wherein under no condition of facts could the plaintiff recover, and that the judgment of reversal should have granted a new trial, and judgment so modified.

*E. H. Benn* for the appellant.

*R. King* for the respondent.

LOTT, Ch. C., and REYNOLDS, C., read for modification of judgment, so as to grant a new trial.
All concur ; GRAY, C., not sitting.
Judgment accordingly.